AUGUST 11, 1801.

# Joseph Delany *v.* Isaac Stephenson.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Mercer county.*

Where, in taking a replevy bond, the sheriff included a larger commission than he is entitled to by law, the bond is illegal, and should be quashed. (*Contra, post, Turley* v. *Owings.*)

In this case, the property taken in execution was replevied, and by the present law the sheriff was only entitled to half commissions. But it appears that he has included in the replevy bond a commission for more than three times the sum allowed by the law. Therefore, it is considered by the court, that the replevy bond aforesaid be quashed, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.